UNITED STATES COURTHOUSE
SOUTHERN DISTRICT OF NEW YORK

RECEIVED SDNY DOCKET UNIT
2018 AUG 14 PM 2:16

---

KIM VASQUEZ
    Petitioner,

— AGAINST —

THE ROCKLAND COUNTY COURT,
AND THE PEOPLE OF THE STATE
OF NEW YORK, AND THE
COUNTY OF ROCKLAND,
AND THE TOWN OF CLARKSTOWN
    RESPONDENT(S)

18-CV-
18CV7373
ACTION
PURSUANT TO
42 U.S.C §1997(d)

(TRIAL STATUS UNDETERMINED NOW)

---

THIS UNITED STATES DISTRICT COURT HAS JURISDICTION PURSUANT to 28 U.S.C. §1331, 28 U.S.C. §2254(b)(B)(ii), 42 U.S.C. §2000(a-1), (a-3), (a-6) & (b-2), 42 U.S.C. §1985(3), 42 U.S.C §1982, 42 U.S.C. §1996, 42 U.S.C §1988(a) & (b), 28 U.S.C. §1330, 28 USC. §2202, And 42 U.S.C. §1981(a),(B) & (C), & 42 U.S.C. §1983.

## NATURE OF PETITION

THIS Petitioner Is being charged with A crime for A real estate complaint. This Petition Is in urgent request to be given EQUAL Protection of the law for this Pro Se Plaintiff/Petitioner, that Is A United States Citizen, born In this Country. This Petitioner Is being victimized, oppressed, Retaliated upon, And Discriminated Against based upon his Race, Origin, Creed, And Demand for Property by A foreign County Government. The Rockland County

1

I, KIM VASQUEZ, Petition this Court requesting Aid in being freed from a massive predicament that this petitioner is enduring which includes Absolute denial of All Due Process rights in a court, Being Discriminated upon based upon my creed, race, culture, And origin, Being retaliated upon for testimony in relation to real estate, Also Conspiracy with Counsel And denial to proceed pro·se.

## FREEDOM OF SPEECH AND Religious OPPINION

1. A message was recieved via Social-Media, that describes An indivual demanding to recieve, his or her property that was stolen, And that "i", will come over there And kill if the property is not returned. see; (Attached exhibit)(SOCIAL MEDIA MESSAGE)

2. This message was alleged to had been recieved by the Rockland County Clerks Social Media website. In Rockland County, New York.

3. From this Petitioners ORIENTAL AND NATIVE American Origin, it is recognized that the symbol "i", represents the Powers Above civilization, Also known as GOD.

4. It is established that "I", represents the writer or speaker in English writing.

3

This Petitioner. This Petitioner also explained that he is the victim of a lot of stolen or misunderstood real estate transaction using his name in the Rockland County Court.

11. Approximately two weeks after this real estate complaint and testimony, the same Rockland County Sheriffs Detective James Tafuri, threatened the Petitioner "either to admit that the Petitioner sent a threat, or the Petitioner will still be charged with a crime anyway."

12. The Petitioner again denied sending any threat to the clerks office, and was arrested anyway, without any witness to identify that this Petitioner sent a message. This arrest was by James Tafuri of the Rockland County Sheriffs Dept. DENIED RIGHT TO PROCEED Pro-Se

13. The Detective James Tafuri took the Petitioner in handcuffs to Clarkstown Justice Court, for case number 18030324, KIM VASQUEZ -vs- The People of the State of New York (Clarkstown Justice Court.)

14. The Petitioner was denied the right to proceed Pro-Se, also denied the right to have a speedy trial.

5

And it is a three on one battle in a very racist, ~~biased asshole~~, and bias court case. See; VASQUEZ-vs-The People of N.Y., IND. NO. 2018-171 (ROCKLAND COUNTY COURT)

20. The Petitioner seeks this Court to be a fair and just tribunal, with this Petitioner being freed from this Retaliation, Discrimination, and Racism, Deprivation of human rights, & Civil Constitutional rights.

21. The exact Courthouse in which the Petitioner is being charged with a threat over his Real estate being stolen, is the same Courthouse that is ~~~~ retaliating, and charging more money via commercial Real Property charges against this Petitioners Account. (CLARKSTOWN COURT & ROCKLAND COUNTY COURTHOUSE)

22. Due to this Petitioners ORIGIN and RACE of KOREAN, NATIVE AMERICAN, AFRICAN AMERICAN et.al; this Petitioners value and his legacy is very large. Due to this Demand for the Real Property rights, the County Court of Rockland is using Government force and Retaliation to prevent this Petitioner from lawfully claiming what is his by birthright and bloodright, by his Yi Dynasty A.K.A. "State X" or "Planet X", blood lineage inheritance.

7

Mail - VobroucD@co.rockland.ny.us

To: rocklandcountyclerk

Subject: Clerk's Office Help and Comments Form - KUM YEE

---

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

---

## Rockland County

Clerk's Office

**\*\*NEW\*\*** RocklandCountyClerk.com feedback form has been submitted.

KUM YEE, has completed our feedback form. You can reply to this email directly or or copy and paste the visitors email address into your email "To" field: trubluchef@yahoo.com

### Feedback details:

**Name** KUM YEE

**E-mail** trubluchef@yahoo.com

**Subject** Remove my name from your system i never permitted my name to be changed

**Question or Comment** My name's is KIM KEE YEE 3RD, You have me in your system involving Real estate transactions under a changed name of KIM Vasquez as well......remove my name, and give me what's mine that's been stolen or i will come over there and kill all of you.....asap.....email me back today verifying my order it your dead

IP: 100.2.133.163

ID: 39392531436178726 50

https://outlook.office365.com/owa/YobroucD@co.rockland.ny.us/?offline=disabled&path=/mail/search/ow

# Trust the First Amendment

**David Cole**

HAVE conservatives hijacked the First Amendment? Critics are increasingly making this claim, maintaining that under Chief Justice John G. Roberts Jr., the First Amendment, once an important safeguard for progressive speech, has become a boon to corporations, conservatives and the powerful.

But in most instances, the First Amendment doesn't favor speech of the right or the left; it simply takes the government out of the business of controlling speakers by virtue of what they say. It often empowers the powerless. And most important, it helps check official abuse.

To be sure, conservatives and corporations are invoking the First Amendment, and sometimes winning. In Citizens United v. Federal Election Commission, the Roberts court deployed the First Amendment to guarantee that corporations can engage in unlimited campaign spending. A recent study found that the Roberts court has more often protected conservative than liberal speakers.

In June, Justice Elena Kagan accused her conservative colleagues of "weaponizing the First Amendment" when they ruled that public sector unions cannot charge nonmembers "agency fees" because it amounts to compelled speech.

But these developments should not lead liberals or progressives to lose faith in the First Amendment. For starters, the amendment's core requirement is that the government must remain neutral regarding the content of speech. So generally, a decision protecting conservative speech will equally support liberal speech.

While the Roberts court ruled that the First Amendment gave adherents of the Westboro Baptist Church a right to display anti-gay signs outside a military funeral, its rationale would equally protect Revolutionary Communist Party members holding anti-Christian signs outside the Westboro Baptist Church.

Some argue that the First Amendment's very neutrality is problematic, because in an unequal society, the amendment will favor the haves over the have-nots. We all have a formally equal right to speak, but only George Soros, the Koch brothers and a handful of others can spend hundreds of millions of dollars advancing their preferred candidates or positions.

But this argument proves too much. All rights are more valuable for the rich. The rights to have an abortion, to send your children to private school, to exclude others from your property or to hire your own criminal defense lawyer are all more fully enjoyed by people with resources. Social inequality may be a reason to support progressive taxation or robust equal protection guarantees; it's not a reason to retreat from free speech principles.

In a more fundamental sense, the First Amendment favors people without power and influence. In a democracy, the rich and those in the majority don't need

## Despite recent court cases, it doesn't favor the speech of the right or the left.

constitutional protections; they can generally enact their desires through ordinary political processes. The targets of censorship are typically dissidents, outsiders, the marginalized.

History illustrates the point. The Constitution's speech protections did not emerge fully formed when the nation was founded. During World War I, for example, the Supreme Court upheld long prison sentences for merely criticizing the war. Over many years, anarchists, communists, labor unions and civil rights activists fought for and earned the speech rights we know and take for granted today.

Nor is the First Amendment outmoded. The need for its protections are as urgent as ever. In just the last two years, my organization, the American Civil Liberties Union, has invoked the First Amendment to defend high school students disciplined for walking out from school to call for gun control, as well as other students penalized for posting pictures of guns on social media; a student newspaper denied funding after publishing a satire of "safe spaces," as well as fans of a hip-hop band labeled gang members; Milo Yiannopoulos and People for the Ethical Treatment of Animals, both of whom were denied permission to advertise on the Washington subway; and anti-Trump as well as pro-Trump demonstrators. We've defended flag desecraters, union organizers, and citizens blocked from their representatives' Facebook sites for their criticism. And that's just the beginning.

As even this very partial list shows, government officials continue to be tempted to silence people for their views. Some of our clients are liberal, others conservative, but all have been singled out because they have upset those in power.

Not every First Amendment argument is justified, of course. The A.C.L.U. supported the public sector union in the case that inspired Justice Kagan's dissent. We said charging workers for services that the union is required to provide to them is not a First Amendment violation, any more than requiring people to pay taxes for government policies they oppose. But even if conservatives sometimes win free speech cases they should lose, now is not the time for anyone to dismiss the First Amendment as a tool of conservatives.

Since Donald Trump's election, Americans have been exercising their First Amendment rights to engage in resistance: demonstrating, calling their representatives, associating with like-minded citizens in defense of core values, shedding light on official abuse through the free press and expressing themselves on social media.

When one party controls all three branches of government, the checks and balances have to come from the people. And the First Amendment gives us the tools to act — including the rights to speak, associate, petition the government and enjoy a free press.

The fact that conservatives benefit from the First Amendment is not something to bemoan. It is part of the constitutional bargain. It simply means the First Amendment is operating as it should, neutrally preserving the lifeblood of democracy.

**DAVID COLE** *is the national legal director of the American Civil Liberties Union.*



August 10, 2018

RECEIVED AUG 13 2018 U.S.D.C. WP

RECEIVED 2018 AUG 14 PM 2:15

Pro Se Clerk
United States Courthouse Southern District of New York
300 Quarropas Street White Plains, NY 10601

RE: File A Complaint

Dear Pro Se Clerk,

Enclosed is a Petition that I submit to this Court, because I seek immediate injunctive relief. Please make sure that this claim/petition is filed as soon as received, and given to a Judge. I have a pending matter with The Honorable Judge Nelson S. Roman, so I permit this complaint to be forwarded to his chambers. This is urgent, I am dealing with retaliation, religious right violations, racism, and 1st Amendment retaliation, also real estate theft retaliation. I request by the Grace of the Almighty "I" (GOD) that you make sure that this Petition is filed and given a docket number and reviewed/received by a Judge ASAP. The Attorney General is also required pursuant to 42 U.S.C. § 2000. Thank You.

DATE: August 10, 2018

Sincerely,

Kim Vasquez

PAGES HAVE WRITING ON

KIM VASQUEZ
51 NEW HEMPSTEAD ROAD
NEW CITY, NY 10956

Pro-Se Office Clerk
United States Courthouse Southern District
New York
300 Quarropas street
White Plains, NY 10601